IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARVIN JACKSON | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO 4:23-CV-00172-P |
| | § | |
| WORLD WRESTLING | § | |
| ENTERTAINMENT, INC. | § | |
| | § | **PLAINTIFF'S NOTICE OF APPEAL** |
| *Defendant.* | § | |

Plaintiff Marvin Jackson appeals the District Court's Final Judgment entered on May 9, 2023, to the United States Fifth Circuit Court of Appeals.

          Respectfully submitted,

          **ARMSTRONG LEE & BAKER LLP**

          By:    */s/ Scott P. Armstrong*
                  Scott P. Armstrong
                  State Bar No. 24092050
                  Kelly M. Viktorin
                  State Bar No. 24088676
                  Ryan T. Wagner
                  State Bar No. 24100139
          2800 North Loop West, Ste. 900
          Houston, Texas 77092
          Telephone:   (832) 709-1124
          Facsimile:    (832) 709-1125
          sarmstrong@armstronglee.com
          kviktorin@armstronglee.com
          rwagner@armstronglee.com
          service@armstronglee.com

          **ATTORNEYS FOR PLAINTIFF**

-2-

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was served on all known counsel of record in accordance with the applicable Federal Rules of Civil Procedure on May 9, 2023.

                          *Scott P. Armstrong*
                          Scott P. Armstrong